MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Scott Aaron Black

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

City of Royal Oak
Nathan Heppner
Joshua Little
Terry Oaks

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.

_____

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

Case: 2:23−cv−12371
Assigned To : Michelson, Laurie J.
Referral Judge: Grand, David R.
Assign. Date : 9/19/2023
Description: CMP BLACK V. ROYAL OAK, CITY OF ET AL (NA)

**Complaint for a Civil Case**

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**I.  The Parties to This Complaint**

    **A.  The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Scott Aaron Black |
| Street Address | 1112 Hickory Ave |
| City and County | Royal Oak, Oakland |
| State and Zip Code | Michigan, 48073 |
| Telephone Number | 248-977-9396 |
| E-mail Address | scottblack82@gmail.com |

    **B.  The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Royal Oak |
| Job or Title (if known) | |
| Street Address | 203 South Troy Street |
| City and County | Royal Oak, Oakland |
| State and Zip Code | Michigan, 48067 |
| Telephone Number | 248-246-3240 |
| E-mail Address (if known) | Niccolas.Grochowski@romi.gov |

Defendant No. 2

| | |
|---|---|
| Name | Nathan Heppner |
| Job or Title (if known) | ROPD Sargent |
| Street Address | 450 East Eleven Mile Road |
| City and County | Royal Oak, Oakland |
| State and Zip Code | Michigan, 48067 |
| Telephone Number | 248-246-3500 |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

| | |
|---|---|
| Name | Joshua Little |
| Job or Title (if known) | ROPD Officer 493 |
| Street Address | 450 East Eleven Mile Rd |
| City and County | Royal Oak, Oakland |
| State and Zip Code | Michigan, 48067 |
| Telephone Number | 248-246-3500 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Terry Oaks |
| Job or Title (if known) | ROPD Officer 286 |
| Street Address | 450 East Eleven Mile Rd |
| City and County | Royal Oak, Oakland |
| State and Zip Code | Michigan, 48067 |
| Telephone Number | 248-246-3500 |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First Amendment Retalition
Fourth Amendment Illegal Search and Seizure
False Arrest
Wrongful Imprissionment
Malicious Prosecution
42 USC § 1983

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____,
       is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____,
       is incorporated under the laws of the State of *(name)*
       _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation
       The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

      3.      The Amount in Controversy

           The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**III.**    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On May 15, 2022 around 2pm Plaintiff, Scott Aaron Black, was the victim of a crime while at a public park in Royal Oak Michigan when Plaintiff was threatened with physical violence by another parent over a misunderstanding which then became a verbal argument.  Plaintiff walked away to report the crime to Royal Oak Police Officer Joshua Little of the Royal Oak Police Department who happened to be parked nearby.  Within 3 minutes of reporting the incident to Officer Joshua Little while Plaintiff was standing on a public sidewalk at a public park, Officer Joshua Little threatened Plaintiff multiple times with Disorderly Conduct for "talking to loud" while reporting the crime.  After Plaintiff called "Bullshit" Officer Little then radiod for backup and two more responding officers, Terry Oaks and Jessica Reece, then also threatened Plaintiff with Disorderly Conduct for "talking too loud and being a nuisance" while Plaintiff was exercising protected first amendment free speech and petitioning his governement for a redress of grievances by requesting a Supervisor to complain about police misconduct and violation of  Federal civil rights.  After Officer Little radiod for backup he left to investigate Plaintiff's allegations and during Officer Little's investigation he was informed of the existance of a cell phone video of the parent's verbal argument but never made any attempt to view it.  Walking back from his investiagtion Officer Little stated on his police body camera to the other officer's gathered that there was no crime commited and plaintiff was free to go.  Upon hearing this and while Plaintiff was still loudly complaining to Sargent Heppner about the Police threatening the Plaintiff (who was the victim of a crime) with a crime of Disorderly Conduct over federally protected free speech, Officer Terry Oaks decided to intervene.  Despite not knowing the whole story and having already been told "there's no crime here" Officer Oaks walked over and inserted himself while Plantiff was still complaining to Sargent Heppner.  Sargent Nathan Heppner then arrested the Plaintiff for Disorderly Conduct.  Plaintiff was told he was under arrest by Sargent Nathan Heppner, placed in handcuffs by Officer Terry Oaks, and then placed in the back of Joshua Little's Royal Oak Police vehicle 805.  Plaintiff was then

5

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Actual damages:
1. Defense Attorney fees of $3,500 from malicious criminal prosecution by City of Royal Oak
2. Emotional Distress, pain and suffering, and ongoing Cognitive Therapy at $2,160 per year for the next 10 years.
3. Damage to plaintiff's personal property when plaintiff's cell phone was illegally removed from his persons by Officer Little, placed on the hood of Officer Little's Royal Oak police vehicle 805, and then driven off by Officer Little while plaintiff's cell phone was still on the hood of the police vehicle which then fell onto the street and was damaged.  Iphone 13 ProMax and the protective case valued at $1,150.

Punitive damages:
1. $390,000.  $10,000 for every minute Plaintiff was falsely arrested and wrongfully detained

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 18th of September , 20 23 .

Signature of Plaintiff   *Scott Black*

Printed Name of Plaintiff   Scott Aaron Black

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Scott Aaron Black

**DEFENDANTS**
City of Royal Oak, Nathan Heppner, Terry Oaks, Joshua Little

**(b)** County of Residence of First Listed Plaintiff: Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Selected: 440 Other Civil Rights

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC Section 1983

Brief description of cause:
Violation of Federal 1st and 4th Amendment Civil Rights

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $ 416,250

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____
DOCKET NUMBER _____

DATE: October 15, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes  ■ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes  ■ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

| Save | Print | Reset | Exit |